1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable Robert S. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEZIRE TRIP PRIVATE LTD.,

      Plaintiff,

    v.

JOSEPH F. KELLY, *et al.*,

      Defendants.

Case No. 2:16-cv-1854-JLR

~~JOINT~~ SCHEDULING ~~PROPOSAL~~ ORDER



Plaintiff in this action seeks judicial review of the U.S. Citizenship and Immigration Services' ("USCIS") denial of the I-129 Petition for a Nonimmigrant Worker ("I-129 Petition") that Plaintiff filed with USCIS on May 23, 3016 on behalf of Himanshu Attri. On March 21, 2017, the Court ordered the parties to submit a proposed case schedule no later than March 31, 2017. *See* ECF No. 9. Counsel for the parties conferred on March 23, 2017, and agreed that this matter can be resolved on the Court's review of the administrative record. At that time, the parties agreed to the following proposed briefing schedule:

    i.    Defendants shall file an Answer by April 10, 2017;

    ii.    Plaintiff shall file a motion for summary judgment no later than April 28, 2017;

1      iii.   Defendants shall file an opposition and cross-motion for summary judgment no

2            later than May 19, 2017;

3

4      iv.   Plaintiffs shall file an opposition and reply by June 2, 2017; and

5      v.    Defendants shall file a reply by June 16, 2017

6

    DATED: March 31, 2017             Respectfully submitted,

7

    Attorney for Plaintiff:              Attorneys for Defendants:

8

9    By: *s/ Alexander Chan* (with consent)   CHAD A. READLER
    Alexander Chan                Acting Assistant Attorney General
    Law Office of Alexander Chan

10   11900 NE 1st Street, Suite 300

11   Bellevue, WA 98005            WILLIAM C. PEACHEY
    Phone: (206) 650-4904          Director

12   Email: info@chanlawoffice.com

13                           GLENN M. GIRDHARRY
                           Assistant Director

14                           SAMUEL GO

15                           Senior Litigation Counsel

16                           By: *s/ Heather Sokolower*
                           HEATHER SOKOLOWER

17                           Trial Attorney
                           United States Department of Justice

18                           Civil Division

19                           Office of Immigration Litigation
                           District Court Section

20                           P.O. Box 868, Ben Franklin Station
                           Washington, DC 20044

21                           Phone: (202) 532-4329

22                           Fax: (202) 305-7000
                           Email: heather.sokolower@usdoj.gov

23

24   It is so ordered.  Dated this 5th day of April, 2017.

25

26                                _____

                            James L. Robart

27                           United States District Court Judge

28

JOINT SCHEDULING PROPOSAL
[Case No. 2:16-cv-1854-JLR]- 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Heather Sokolower*
Heather Sokolower
Trial Attorney
United States Department of Justice
Civil Division

JOINT SCHEDULING PROPOSAL
[Case No. 2:16-cv-1854-JLR]- 3