District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEZIRE TRIP PRIVATE LTD.,

    Plaintiffs,

v.

JOHN F. KELLY, et al.,[1]

    Defendants.

Case No. 2:16-cv-1854-JLR

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR AN EXTENSION

Note on Motion Calendar:

June 12, 2017

## JOINT STIPULATION

The parties stipulate and agree that Defendants may have a seven-day extension to reply to Plaintiffs' Response to Defendants' Cross-Motion for Summary Judgment, currently due on June 16, 2017. *See* ECF No. 13. Pursuant to this stipulation, Defendants will file a reply by June 23, 2017. Good cause exists for the extension because previous counsel for Defendants is on extended leave, so new counsel for Defendants needs time to familiarize herself with the case while also handling existing deadlines in other cases.

---

[1] On January 20, 2017, John F. Kelly was sworn in as Secretary of the Department of Homeland Security, automatically substituting for Jeh Charles Johnson, former Secretary, as a party in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation and [Proposed] Order
[Case No. 2:16-cv-1854-JLR]- 1

United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-2092

DATED this 12th day of June, 2017.

| | |
|---|---|
| ALEXANDER CHAN<br>Law Office of Alexander Chan<br>11900 NE 1st Street, Suite 300<br>Bellevue, WA 98004<br>Phone: 206-650-4904<br>Email: aycc98@gmail.com<br><br>*Attorney for Plaintiff* | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>GLENN M. GIRDHARRY<br>Assistant Director<br><br>SAMUEL P. GO<br>Senior Litigation Counsel<br><br>By: *s/ Sophie Kaiser*<br>SOPHIE KAISER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 307-2092<br>Fax: (202) 305-7000<br>Email: sophie.b.kaiser@usdoj.gov<br><br>*Attorneys for Defendants* |

## ORDER

The parties having so stipulated, IT IS SO ORDERED that Defendants' deadline to reply is extended to June 23, 2017.

Dated this 13th day of June, 2017.

JAMES L. ROBART
United States District Judge

Stipulation and [Proposed] Order
[Case No. 2:16-cv-1854-JLR]- 2

United States Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-2092